United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 22, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-10378
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PABLO GUERRERO-RIVERA, also known as Pablo Eleazar Guerrero,
also known as Pablo Eleazar Rivera, also known as Pablo
Robert Guerrero, also known as Pablo Guerrero,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:03-CR-301-ALL-A
--------------------

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Pablo Guerrero-Rivera has

moved for leave to withdraw and has filed a brief as required by

Anders v. California, 386 U.S. 738 (1967). Guerrero-Rivera has

not filed a response. Our independent review of the brief and

the record discloses no nonfrivolous issue in this direct appeal.

Accordingly, the motion for leave to withdraw is GRANTED, counsel

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

is excused from further responsibilities herein, and the APPEAL

IS DISMISSED.  See 5TH CIR. R. 42.2.